UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street
West Orange, N.J. 07052
973-325-8800
Sean O'Brien, Esq.
Attorneys for Secured Creditor Bank of America, N.A.

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-27146-MBK

CHAPTER 13

Honorable Michael B. Kaplan

In Re:
Temeko R. Foster and Michelle R. Foster,
Debtors

Hearing Date: 01/23/18 at 10:00 A.M.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 30, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Secured Creditor: | Bank of America, N.A. |
| Secured Creditor's Counsel: | FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP |
| Debtors: | Temeko R. Foster dba Wow Your Ideas and Michelle R. Foster |
| Debtors' Counsel: | LEE M. PERLMAN |
| Real Property ("Property") | 51 Pageant Lane, Willingboro, New Jersey |

For good cause shown, it is **ORDERED** that the Plan Objection of Secured Creditor Bank of America is hereby resolved, subject to the following conditions:

1. Secured Creditor Bank of America, N.A. (the "Secured Creditor") holds a mortgage lien on the real property located at 51 Pageant Lane, Willingboro, New Jersey (the "Property"). The Property is currently held by Chapter 13 Debtors Temeko R. Foster dba Wow Your Ideas and Michelle R. Foster (the "Debtors"). The loan related to Secured Creditor's lien will fully mature on March 1, 2022. The prepetition arrears on the subject loan are $1,832.11.

2. Debtors agree to include Secured Creditor's claim related to this loan in their Chapter 13 Plan and agree to ensure that the prepetition arrears are fully cured by July 1, 2018.

I hereby consent to form and entry.

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP | LEE M. PERLMAN |
| Attorneys for Secured Creditor Bank of America, N.A. | Attorneys for Chapter 13 Debtors Temeko R. Foster and Michelle R. Foster |
| By: Sean O'Brien, Esq. | By: Christopher Cassie, Esq. |
| Dated: January 23, 2018 | Dated: January 23, 2018 |