UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN, ESQUIRE**
1926 GREENTREE ROAD, SUITE 100
Cherry Hill NJ 08003
(856) 751-4224

RE: TEMEKO FOSTER

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-27146

Chapter 13

Hearing Date:  2/6/18

Judge:  MBK

## ORDER APPROVING POST PETITION LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through three (2) is hereby **ORDERED.**

**DATED: January 30, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), TEMEKO FOSTER**

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RE: | : | CHAPTER 13 |
| TEMEKO FOSTER | : | CASE NO.: 17-27146-MBK |
| Debtor(s) | : | **ORDER APPROVING POST PETITION LOAN MODIFICATION AGREEMENT** |

Upon consideration of the Motion of Chapter 13 debtor Temeko Foster (the "Debtor") for Order approving Post-Petition Loan Modification Pursuant to 11 U.S.C. § 364, Fed. R. Bankr. P. 4001(c) and D.N.J. LBR 4001-2(d); and for Related Relief (the "Motion"), and good cause appearing therefore, it is hereby

**ORDERED**, that the debtor's Motion, in connection with Debtor's residence located at 51 Pageant Lane, Willingboro, New Jersey (the "Residence), shall be and is hereby granted; and it is further,

**ORDERED**, that the debtor is hereby authorized to enter into a loan modification agreement on the first mortgage on his Residence with Ditech (the "Creditor"); and it is further,

**ORDERED**, that per the terms of the final loan modification, as set forth in the underlying pleadings and exhibits, are hereby approved; and it is further,

**ORDERED**, that this Order does not alter or affect the status or priority of any other existing liens on the Residence that is the subject of the loan modification; and it is further,

**ORDERED**, that within thirty (30) days from consummation of the loan modification the Creditor shall amend its Proof of Claim; and it is further,

**ORDERED**, that within ten (10) days from the date of this Order, the Debtor shall amend Schedule J and the Chapter 13 Plan as necessary to reflect financial changes stemming from the loan modification; and it is further,

**ORDERED**, that the fourteen (14) day period under Fed. R. Bankr. P. 6004 is hereby waived.

United States Bankruptcy Court
District of New Jersey

In re:
Temeko R. Foster
Michelle R. Foster
    Debtors

Case No. 17-27146-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 30, 2018
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb       +Temeko R. Foster,   Michelle R. Foster,   400 Maple Grove Boulevard,   Lumberton, NJ 08048-4618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Kevin M. Buttery    on behalf of Creditor   Caliber Home Loans, Inc. kevinbuttery@gmail.com
           Laura M. Egerman    on behalf of Creditor   Caliber Home Loans, Inc. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
           Lee Martin Perlman    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
           Lee Martin Perlman    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
           Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
           Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
           Steven P. Kelly    on behalf of Creditor   Caliber Home Loans, Inc. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 10