UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street
West Orange, N.J. 07052
973-325-8800
Sean O'Brien, Esq.
Attorneys for Secured Creditor Bank of America, N.A.

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-27146-MBK

CHAPTER 13

In Re:
Temeko R. Foster and Michelle R. Foster,
                                                Debtors

Honorable Michael B. Kaplan

Hearing Date: 01/23/18 at 10:00 A.M.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 30, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Secured Creditor: | Bank of America, N.A. |
| Secured Creditor's Counsel: | FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP |
| Debtors: | Temeko R. Foster dba Wow Your Ideas and Michelle R. Foster |
| Debtors' Counsel: | LEE M. PERLMAN |
| Real Property ("Property") | 51 Pageant Lane, Willingboro, New Jersey |

For good cause shown, it is **ORDERED** that the Plan Objection of Secured Creditor Bank of America is hereby resolved, subject to the following conditions:

1. Secured Creditor Bank of America, N.A. (the "Secured Creditor") holds a mortgage lien on the real property located at 51 Pageant Lane, Willingboro, New Jersey (the "Property"). The Property is currently held by Chapter 13 Debtors Temeko R. Foster dba Wow Your Ideas and Michelle R. Foster (the "Debtors"). The loan related to Secured Creditor's lien will fully mature on March 1, 2022. The prepetition arrears on the subject loan are $1,832.11.

2. Debtors agree to include Secured Creditor's claim related to this loan in their Chapter 13 Plan and agree to ensure that the prepetition arrears are fully cured by July 1, 2018.

I hereby consent to form and entry.

FRENKEL LAMBERT
WEISS WEISMAN
& GORDON, LLP
Attorneys for Secured Creditor
Bank of America, N.A.

By: Sean O'Brien, Esq.

Dated: January 23, 2018

LEE M. PERLMAN

Attorneys for Chapter 13 Debtors
Temeko R. Foster and Michelle R. Foster

By: Christopher Cassie, Esq.

Dated: January 23, 2018

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27146-MBK
Temeko R. Foster                                                        Chapter 13
Michelle R. Foster
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 30, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db/jdb         +Temeko R. Foster,    Michelle R. Foster,    400 Maple Grove Boulevard,    Lumberton, NJ 08048-4618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Caliber Home Loans, Inc. kevinbuttery@gmail.com
              Laura M. Egerman    on behalf of Creditor    Caliber Home Loans, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lee Martin Perlman    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10