UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**CHRISTOPHER G. CASSIE, ESQUIRE**
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NJ 08003
(856) 751-4224

RE: TEMEKO & MICHELLE FOSTER

Order Filed on April 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-27146

Chapter 13

Hearing Date: 3/6/18

Judge:  MBK

### ORDER OBJECTING TO CLAIM 14-1 WELLS FARGO FINANCIAL NATIONAL BANK

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: April 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CHRISTOPHER G. CASSIE**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), TEMEKO & MICHELLE FOSTER**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RE: | : | CHAPTER 13 |
|  | : |  |
| TEMEKO & MICHELLE FOSTER, | : | CASE NO.:  17-27146-MBK |
|  | : |  |
| Debtors | : | **ORDER OBJECTING TO CLAIM** |
|  | : | **14-1 WELLS FARGO FINANCIAL** |
|  | : | **NATIONAL BANK** |

This matter having been opened to the Court upon application of Christopher G. Cassie, attorney for the debtors, and for good cause shown;

IT IS HEREBY ORDERED that Claim 14-1 filed by Wells Fargo Financial National Bank is reclassified to an unsecured claim.