**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0    Valuation of Security    1    Assumption of Executory Contract or Unexpired Lease    0    Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:    Case No.:    __17-27146-MBK__

    Judge:    __Kaplan__

Temeko R. Foster & Michelle R. Foster
    Debtor(s)

## Chapter 13 Plan and Motions

☐ Original        ☒ Modified/Notice Required        Date: __06/01/2018__

☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __LMP__    Initial Debtor: __TRF__    Initial Co-Debtor: __MRF__

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ _____1,324.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____07/01/2018_____ for approximately _____50_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,845.00 |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:   Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Caliber Home Loans | 400 Maple Grove Boulevard | $54,948.53 | | $54,948.53 | $2,553.00 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America | 51 Pageant Lane | $1,832.11 | | $1,832.11 | $457.37 |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Ditech

| g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Santander Consumer USA | $0.00 | Auto Lease | Assume | $469.00 |

| **Part 7:** | **Motions** ☒ **NONE** |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Lee M. Perlman, Esquire
3) Secured Creditors
4) Priority Creditors/Unsecured Creditors

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**  ☐ **NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Loan modification has been approved. Bank of America has arrears. | Removing loan modification language. Ditech is now unaffected by the plan. Adding arrears for Bank of America. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 06/01/2018    /s/ Lee M. Perlman
                    Attorney for the Debtor

Date: 06/01/2018    /s/ Temeko R. Foster
                    Debtor

Date: 06/01/2018    /s/ Michelle R. Foster
                    Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 06/01/2018                                    /s/ Lee M. Perlman
                                                    Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 06/01/2018                                    /s/ Temeko R. Foster
                                                    Debtor

Date: 06/01/2018                                    /s/ Michelle R. Foster
                                                    Joint Debtor

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-27146-MBK
Temeko R. Foster                                                Chapter 13
Michelle R. Foster
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3                Date Rcvd: Jun 04, 2018
                              Form ID: pdf901          Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2018.
db/jdb         +Temeko R. Foster,   Michelle R. Foster,    400 Maple Grove Boulevard,   Lumberton, NJ 08048-4618
517167702       American Express Bank, FSB,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517026692      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517026696     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
517138208      +BANK OF AMERICA, N.A.,   PO Box 21785,   Tampa, FL 33622-1785
517145394      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517026697     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court:  Caine & Weiner,   Attn: Bankruptcy,   21210 Erwin St,
                 Woodland Hills, CA 91367)
517237365      +CCAP AUTO LEASE LTD,   P.O. BOX 961275,   FORT WORTH, TX 76161-0275
517026705     ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
               (address filed with court:  Citibank,   7920 NW 110th St,   Kansas City, MO 64153)
517053552      +Caliber Home Loans Inc.,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517026699      +Caliber Home Loans, In,   Po Box 24610,   Oklahoma City, OK 73124-0610
517136933       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517026703      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517026706      +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517026708      +Comenity Bank/Express,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517026709      +Convergent Outsourcing Inc.,   PO Box 9004,   Renton, WA 98057-9004
517026710     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court:  Dell Financial Services,   Bankrupcty,   1 Dell Way,
                 Round Rock, TX 78682)
517190028       Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
517026716      +Eastern Account System,   PO Box 837,   Newtown, CT 06470-0837
517026717      +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
517026721      +Machol & Johannes, LLC,   700 17th Street Suite 200,   Denver, CO 80202-3558
517026722      +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
517026725      +RAS Citron, LLC,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
517026726      +Raymour & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
517026727      +Santander Consumer USA,   Po Box 961275,   Fort Worth, TX 76161-0275
517026728      +Selip & Stylianou, LLP,   PO Box 9004,   Woodbury, NY 11797-9004
517026733      +Tenaglia & Hunt,   395 West Passaic Street Suite 205,   Rochelle Park, NJ 07662-3016
517152778       U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184
517026734      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517026736      +Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,   Des Moines, IA 50306-0438
517138952       Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
517026737      +Zwick & Associates,   PO Box 9013,   Andover, MA 01810-0913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2018 23:34:23     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2018 23:34:20     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517190813      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 04 2018 23:35:03     CALIBER HOME LOANS, INC.,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
517183190      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 04 2018 23:35:03     Caliber Home Loans,
                 PO Box 24330,   Oklahoma City OK 73124-0330
517026702      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2018 23:28:06     Capital One,
                 Capital One Retail Srvs,   Po Box 30253,   Salt Lake City, UT 84130-0253
517026700      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2018 23:27:43     Capital One,
                 Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517026707      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 04 2018 23:34:44     Comcast,
                 401 White Horse Rd Ste 2,   Voorhees, NJ 08043-2600
517026708      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2018 23:34:10     Comenity Bank/Express,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517026711      +E-mail/Text: mrdiscen@discover.com Jun 04 2018 23:33:37     Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
517033694       E-mail/Text: mrdiscen@discover.com Jun 04 2018 23:33:37     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
517026712      +E-mail/Text: mrdiscen@discover.com Jun 04 2018 23:33:37     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517026713      +E-mail/Text: dplbk@discover.com Jun 04 2018 23:34:37     Discover Personal Loan,
                 Attention: Bankruptcy,   Po Box 30954,   Salt Lake City, UT 84130-0954
517064808      +E-mail/Text: dplbk@discover.com Jun 04 2018 23:34:37     Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Jun 04, 2018
                              Form ID: pdf901          Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517026714      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 04 2018 23:33:59     Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517090775       E-mail/Text: bankruptcy.bnc@ditech.com Jun 04 2018 23:33:59
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517026718      +E-mail/Text: fggbanko@fgny.com Jun 04 2018 23:33:39      Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
517026719      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 04 2018 23:33:43     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
517231349       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2018 23:36:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517026720      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2018 23:36:08
                 LVNV Funding/Resurgent Capital,    Po Box 10497,   Greenville, SC 29603-0497
517026723       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2018 23:28:28
                 Portfolio Recovery,   Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
517114493       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2018 23:27:40
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
517171097       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2018 23:27:40
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,   POB 41067,   Norfolk VA 23541
517104222       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2018 23:27:40
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
517026724      +E-mail/Text: bankruptcy@pseg.com Jun 04 2018 23:33:36      PSE&G Bankruptcy Department,
                 PO Box 490,    Cranford, NJ 07016-0490
517222597       E-mail/Text: bnc-quantum@quantum3group.com Jun 04 2018 23:34:14
                 Quantum3 Group LLC as agent for,    Icon Equities LLC,   PO Box 788,   Kirkland, WA  98083-0788
517222603       E-mail/Text: bnc-quantum@quantum3group.com Jun 04 2018 23:34:14
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517026729      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2018 23:36:14      Syncb/PLCC,   Attn: Bankruptcy,
                 Po Box 965064,    Orlando, FL 32896-5064
517027961      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2018 23:36:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517227224      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2018 23:28:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517026730      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2018 23:28:31      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
517026732      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2018 23:28:07      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 103104,   Roswell, GA 30076-9104
517026731      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2018 23:35:58      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Caliber Home Loans, Inc.,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517026693*   +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517026695*   +Bank Of America,    Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
517026698*   ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    Attn: Bankruptcy,   21210 Erwin St,
               Woodland Hills, CA 91367)
517026701*   +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517026704*   +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517176996*   ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,   Greenville, SC 29603-0390)
517026715*   +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
517026735*   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517026694    ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                     TOTALS: 0, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Jun 04, 2018
                              Form ID: pdf901          Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Christopher G. Cassie    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Christopher G. Cassie    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Caliber Home Loans, Inc. kevinbuttery@gmail.com
              Laura M. Egerman    on behalf of Creditor    Caliber Home Loans, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lee Martin Perlman    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 12
```