UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**CHRISTOPHER G. CASSIE, ESQUIRE**
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NJ 08003
(856) 751-4224

Order Filed on July 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

RE: TEMEKO & MICHELLE FOSTER

Case No.: 17-27146

Chapter 13

Hearing Date:

4/17/18 Judge: MBK

**CORRECTED**

ORDER OBJECTING TO CLAIM 8-1 WELLS FARGO BANK, N.A. RAYMOUR & FLANIGAN

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: July 6, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CHRISTOPHER G. CASSIE**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), TEMEKO & MICHELLE FOSTER**

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RE: | : | CHAPTER 13 |
| TEMEKO & MICHELLE FOSTER, | : | CASE NO.: 17-27146-MBK |
| Debtors | : | **ORDER OBJECTING TO CLAIM 8-1 WELLS FARGO BANK, N.A.** |

This matter having been opened to the Court upon application of Lee M. Perlman, attorney for the debtors, and for good cause shown;

IT IS HEREBY ORDERED that Claim 8-1 filed by Wells Fargo Bank, N.A. Raymour & Flanigan is hereby reclassified to an unsecured claim.

2