| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**CHRISTOPHER G. CASSIE, ESQUIRE**<br>1926 GREENTREE ROAD, SUITE 100<br>CHERRY HILL, NJ 08003<br>(856) 751-4224<br><br><br>RE: TEMEKO & MICHELLE FOSTER | Order Filed on July 6, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-27146<br>Chapter 13<br>Hearing Date:<br>4/17/18  Judge: MBK |

**CORRECTED**

### ORDER OBJECTING TO CLAIM 8-1 WELLS FARGO BANK, N.A. RAYMOUR & FLANIGAN

    The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: July 6, 2018**

                                                                  Honorable Michael B. Kaplan<br>                                                               United States Bankruptcy Judge

**CHRISTOPHER G. CASSIE**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), TEMEKO & MICHELLE FOSTER**

UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RE: | : | CHAPTER 13 |
| TEMEKO & MICHELLE FOSTER, | : | CASE NO.: 17-27146-MBK |
| Debtors | : | **ORDER OBJECTING TO CLAIM 8-1 WELLS FARGO BANK, N.A.** |

    This matter having been opened to the Court upon application of Lee M. Perlman, attorney for the debtors, and for good cause shown;

    IT IS HEREBY ORDERED that Claim 8-1 filed by Wells Fargo Bank, N.A. Raymour & Flanigan is hereby reclassified to an unsecured claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-27146-MBK
Temeko R. Foster                                                         Chapter 13
Michelle R. Foster
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 06, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db/jdb         +Temeko R. Foster,    Michelle R. Foster,    400 Maple Grove Boulevard,    Lumberton, NJ 08048-4618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor   Caliber Home Loans, Inc. kevinbuttery@gmail.com
              Laura M. Egerman    on behalf of Creditor   Caliber Home Loans, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lee Martin Perlman    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor   BANK OF AMERICA, N.A. sobrien@flwlaw.com
              Steven P. Kelly    on behalf of Creditor   Caliber Home Loans, Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10