Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27146−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Temeko R. Foster                          Michelle R. Foster
dba Wow Your Ideas                        400 Maple Grove Boulevard
400 Maple Grove Boulevard                 Lumberton, NJ 08048
Lumberton, NJ 08048

Social Security No.:
   xxx−xx−4312                            xxx−xx−0661

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/28/19 at 09:00 AM

to consider and act upon the following:

**69** − Creditor's Certification of Default (related document:59 Order (Generic)) filed by Steven P. Kelly on behalf of Caliber Home Loans, Inc.. Objection deadline is 05/7/2019. (Attachments: # 1 Certification # 2 Exhibit A: Order # 3 Exhibit B: NOD # 4 Proposed Order # 5 Certificate of Service) (Kelly, Steven)

Dated: 4/26/19

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court