STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on May 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 17-27146-MBK |
|---|---|
| MICHELLE R. FOSTER | Chapter: 13 |
| TEMEKO R. FOSTER<br>DBA WOW YOUR IDEAS<br> Debtor(s) | Judge: Michael B. Kaplan |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: May 28, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)

Debtor: MICHELLE R. FOSTER/ TEMEKO R. FOSTER DBA WOW YOUR IDEAS

Case Number: 17-27146-MBK

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Certification of Caliber Home Loans, Inc. through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

400 Maple Grove Boulevard, Lumberton, NJ 08048 -- the "Property".

☐    Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.