STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on May 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 17-27146-MBK |
|---|---|
| MICHELLE R. FOSTER | Chapter: 13 |
| TEMEKO R. FOSTER<br>DBA WOW YOUR IDEAS<br>Debtor(s) | Judge: Michael B. Kaplan |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)

Debtor: MICHELLE R. FOSTER/ TEMEKO R. FOSTER DBA WOW YOUR IDEAS

Case Number: 17-27146-MBK

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Certification of Caliber Home Loans, Inc. through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

400 Maple Grove Boulevard, Lumberton, NJ 08048 -- the "Property".

☐    Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Temeko R. Foster
Michelle R. Foster
    Debtors

Case No. 17-27146-MBK
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin<br>Form ID: pdf903 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: May 30, 2019 |
|---|---|---|---|

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db/jdb          +Temeko R. Foster,    Michelle R. Foster,    400 Maple Grove Boulevard,    Lumberton, NJ 08048-4618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    LOANCARE, LLC ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Caliber Home Loans, Inc. kevinbuttery@gmail.com
              Laura M. Egerman    on behalf of Creditor    Caliber Home Loans, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lee Martin Perlman    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              Sindi   Mncina    on behalf of Creditor    Caliber Home Loans, Inc. smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 13